alleged conversion of certain shares of the capital stock of the defendant. The only contentions of the defendant which I deem necessary to consider on this motion are (1) that there has been no demand made for the return of the stock before suit was brought and (2) that there is no allegation in the complaint of ownership in the plaintiff at the time the conversion took place. The allegation in the complaint that "during the months of January and February, 1926," plaintiff owned the stock in question is a sufficient statement that the plaintiff was the owner of the stock on or about the 16th day of February, 1926, when the conversion is alleged to have happened, and it would seem unnecessary to enter into any discussion to convince one of that fact. As to the defendant's other contention that no demand was made the law seems to be well settled that such an allegation in the complaint is unnecessary. (*Bernstein* v. *Warland*, 33 Misc. 280; *Milligan* v. *Brooklyn Warehouse & Storage Co.*, 34 id. 55; *Industrial & General Trust* v. *Tod*, 170 N. Y. 233, 264, 265.) The complaint clearly states a cause of action for conversion, and the motion is, therefore, denied, with ten dollars costs, with leave to the defendant to answer within ten days.

———

In the Matter of the Application of ROBERT C. HILLDALE for Admission to the Bar. (From the District of Columbia.) — Application granted. Present — Kelly, P. J., Manning, Kapper and Lazansky, JJ.

CHARLES E. BURGESS, Appellant, v. THE FIRST NATIONAL BANK OF NEW YORK and Another, Respondents.— Motion to dismiss appeal denied on condition that appellant perfect the appeal for the December term (for which term the case is set down) and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Kelly, P. J., Jaycox, Young, Kapper and Lazansky, JJ.

ANTONIO D'AMBROSI, etc., Respondent, v. MATTEO MARTORELLO, Appellant. — Motion to direct attorney for respondent to waive certification of record on appeal denied. The clerk will, upon payment of the necessary fee, certify a copy of the order made by this court. Present — Kelly, P. J., Jaycox, Young, Kapper and Lazansky, JJ.

EAST BROOKLYN SAVINGS AND LOAN ASSOCIATION, Plaintiff, v. CONCETTA DI PAOLA, Respondent. ANTONIO DI PAOLA and METROPOLITAN LUMBER COMPANY, Defendants; GEORGE NEILL, Appellant.— Motion to dismiss appeal granted. Present — Kelly, P. J., Jaycox, Young, Kapper and Lazansky, JJ.

HERBERT J. FRIEDBERG, Respondent, v. MYRON HERBERT, Appellant.— Motion to dismiss appeal granted. Present — Kelly, P. J., Jaycox, Young, Kapper and Lazansky, JJ.

In the Matter of the Application of HERBERT HEATH, Appellant, v. LAWRENCE J. McGOLDRICK, etc., Respondent.— Motion to dismiss appeal denied on condition that appellant perfect the appeal for the December term (for which term the case is set down) and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Kelly, P. J., Jaycox, Young, Kapper and Lazansky, JJ.

In the Matter of the Application of WILLIAM MEHL for Admission to the Bar.— Motion for leave to make application for admission as attorney and counselor at law, and to file with the committee on character and fitness an